**Patrick Franklin ANDREWS, Plaintiff–Appellant,**

v.

**James N. CROSS, Warden; Roy C. Cheatham, Assistant Warden; Thomas E. Bergami, Cpt.; Albert Vero, Lt.; Eric Griffin, Counselor; Leo Reilly, Officer; Eric Phillips, Officer, Defendants–Appellees.**

No. 12–7062.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2012.

Decided: Dec. 11, 2012.

Patrick Franklin Andrews, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Franklin Andrews appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Andrews v. Cross,* 2012 WL 707478 (N.D.W.Va. Mar. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*